**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CASSANDRA SHEETS**                                                                    **PLAINTIFF**

**v.**                                   **Case No. 3:25-cv-00093-KGB**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                         **DEFENDANT**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10).  The parties have not objected to the Findings and Recommendation, and the time to do so has passed.  Accordingly, after careful consideration, the Court approves and adopts the Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*).  The Court grants the Commissioner's unopposed motion (Dkt. No. 9), and the Court remands for further administrative proceedings as outlined by the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).  The Court denies, as moot, Sheet's motion for judgment (Dkt. No. 11).

It is so ordered this the 29th day of December, 2025.

Kristine G. Baker
Chief United States District Judge