IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CASSANDRA SHEETS**                                                                 **PLAINTIFF**

**v.**                            **Case No. 3:25-cv-00093-KGB**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is remanded for further administrative review pursuant to sentence four of 42 U.S.C. § 405(g).

It is so adjudged this the 29th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge