# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CASSANDRA SHEETS**                                                                                  **PLAINTIFF**

**v.**                                          **Case No. 3:25-cv-00093-KGB**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                                  **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation to an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 24 U.S.C. § 2412(d) (Dkt. No. 14).  The parties represent that they agree that an award of attorney's fees and expenses under the EAJA is appropriate for services performed before this Court (*Id.*).  The parties also represent that they agree that the appropriate award of fees under the EAJA is $6,147.00 (*Id.*).  The parties request that the Court enter an order specifically awarding attorney's fees of $6,147.00 to be paid by the Social Security Administration.  For good cause shown, the Court awards $6,147.00 in attorney's fees under the EAJA.  The Court directs the Social Security Administration to pay to Sheets $6,147.00 in attorney's fees under the EAJA.  The Court denies as moot plaintiff Cassandra Sheets's motion to request ruling on pending attorney's fees (Dkt. No. 15).

It is so ordered this the 4th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge